UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CITIZENS SECURITIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOEL MICHALEK, MICHALEK BROTHERS INVESTMENT MANAGEMENT, INC., <br><br> Defendants. | 2:20-CV-13046-TGB <br><br> ORDER <br><br> HONORABLE TERRENCE G. BERG |

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED with prejudice.

**IT IS SO ORDERED.**

DATED this 16th day of March, 2021.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge